IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: ROYCE HOMES LP, § | |
| § | |
| Debtor. § | |
| § | |
| JOHN H. SPEER, § | |
| § | CIVIL ACTION NO. H-11-1069 |
| Appellant, § | |
| § | |
| v. § | BANKRUPTCY NO. 09-32467 |
| § | |
| CHAPTER 7 TRUSTEE § | |
| RODNEY D. TOW, § | |
| § | |
| Trustee / Appellee. § | |

## ORDER DISMISSING APPEAL

In accordance with the court's memorandum and opinion of today's date, this appeal is dismissed. Each party is to bear its own costs.

SIGNED on January 19, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge